BEFORE:	VIKTOR V. POHORELSKY	DATE:	 5/23/12 
	U.S. MAGISTRATE JUDGE	START TIME:	11:45 p.m.
		END TIME:	12:00 p.m.
DOCKET NO.	 CV-11-3300 	JUDGE:	 FB 

CASE NAME:	 Fritz, etc. v. Resurgent Capital Services, et al. 

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:	 Telephone Motion Hearing 

APPEARANCES:	Plaintiff	 Ahmad Keshavarz 
	Defendant	 Brett Scher 

SCHEDULING AND RULINGS:

1. The plaintiffs' motion to amend [24] is GRANTED, subject to the following limitations: the discovery limitations previously imposed will remain in effect and no further amendments will be allowed prior to the court's ruling on the motion to dismiss.

2. The plaintiff's motion [26] to expand discovery beyond the previously imposed limitations is DENIED.