UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
GISELLE FRITZ f/k/a GISELLE CARTER, EVAN DAVIS,          Civil Action No.:
JASON SPIEGEL-GROTE, and PATRICIA CASERTANO,            11-CV-3300 (FB) (VVP)
on behalf of themselves and all others similarly situated,

                                        Plaintiff,        **THE RESURGENT
                                                          DEFENDANTS' ANSWER
                        -against-                         TO SECOND-AMENDED
                                                          COMPLAINT AND
RESURGENT CAPITAL SERVICES, LP, LVNV FUNDING,            JURY DEMAND**
LLC, ALEGIS GROUP, LLC, MEL S. HARRIS AND
ASSOCIATES, LLC, DAVID WALDMAN, and
RESURGENT CAPITAL SERVICES, LLC

                                        Defendants.

--------------------------------------------------------------------------X

        Defendants, Resurgent Capital Services, LP, LVNV Funding, LLC, Alegis Group, LLC

and Resurgent Capital Services, LLC (hereinafter, collectively, the "Resurgent Defendants"), by

and through their attorneys, Kaufman Dolowich & Voluck, LLP, respond to the allegations in the

Second-Amended Complaint and Jury Demand (hereinafter the "Complaint") as follows:

## AS TO JURISDICTION AND VENUE

        1.      Deny the allegations set forth in Paragraph "1" of the Complaint.

        2.      Neither admit nor deny the allegations set forth in Paragraph "2" of the

Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the

Court.

        3.      Deny knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in Paragraph "3" of the Complaint.

        4.      Deny the allegations set forth in Paragraph "4" of the Complaint, except admit

that LVNV Funding, LLC is a limited liability corporation organized under the laws of the State

of Delaware.

5.    Deny the allegations set forth in Paragraph "5" of the Complaint, except admit that Resurgent Capital Services, LP is a limited partnership organized under the laws of the State of Delaware.

6.    Deny the allegations set forth in Paragraph "6" of the Complaint, except admit that Resurgent Capital Services, LLC is a limited liability corporation organized under the laws of the State of Delaware.

7.    Deny the allegations set forth in Paragraph "7" of the Complaint, except admit that Alegis Group, LLC is a limited liability corporation organized under the laws of the State of Delaware.

8.    Deny the allegations set forth in Paragraph "8" of the Complaint.

9.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "9" of the Complaint.

10.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "10" of the Complaint,.

11.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "11" of the Complaint.

## AS TO THE NATURE OF CLAIMS

12.    Deny the allegations set forth in Paragraph "12" of the Complaint.

13.    Deny the allegations set forth in Paragraph "13" of the Complaint.

14.    Deny the allegations set forth in Paragraph "14" of the Complaint.

15.    Deny the allegations set forth in Paragraph "15" of the Complaint.

16.    Deny the allegations set forth in Paragraph "16" of the Complaint.

17.    Deny the allegations set forth in Paragraph "17" of the Complaint.

18.    Deny the allegations set forth in Paragraph "18" of the Complaint.

19.     Deny the allegations set forth in Paragraph "19" of the Complaint.

20.     Deny the allegations set forth in Paragraph "20" of the Complaint.

21.     Deny the allegations set forth in Paragraph "21" of the Complaint.

22.     Neither admit nor deny the allegations set forth in Paragraph "22" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

23.     Neither admit nor deny the allegations set forth in Paragraph "23" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

24.     Neither admit nor deny the allegations set forth in Paragraph "24" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

25.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "25" of the Complaint.

26.     Neither admit nor deny the allegations set forth in Paragraph "26" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

27.     Deny the allegations set forth in Paragraph "27" of the Complaint.

28.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "28" of the Complaint.

29.     Deny the allegations set forth in Paragraph "29" of the Complaint.

30.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "30" of the Complaint.

3

31.     Neither admit nor deny the allegations set forth in Paragraph "31" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

32.     Neither admit nor deny the allegations set forth in Paragraph "32" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

33.     Neither admit nor deny the allegations set forth in Paragraph "33" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

34.     Neither admit nor deny the allegations set forth in Paragraph "34" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

35.     Deny the allegations set forth in Paragraph "35" of the Complaint.

### AS TO THE CLASS MEMBERS

36.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "36" of the Complaint

37.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "37" of the Complaint

38.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "38" of the Complaint.

39.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "39" of the Complaint.

40.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "40" of the Complaint.

41.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "41" of the Complaint.

42.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "42" of the Complaint.

43.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "43" of the Complaint.

44.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "44" of the Complaint.

45.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "45" of the Complaint.

46.     Deny the allegations set forth in Paragraph "46" of the Complaint.

47.     Deny the allegations set forth in Paragraph "47" of the Complaint.

48.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "48" of the Complaint.

49.     Neither admit nor deny the allegations set forth in Paragraph "49" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

50.     Deny the allegations set forth in Paragraph "50" of the Complaint.

51.     Deny the allegations set forth in Paragraph "51" of the Complaint.

52.     Deny the allegations set forth in Paragraph "52" of the Complaint.

53.     Deny the allegations set forth in Paragraph "53" of the Complaint.

54.     Deny the allegations set forth in Paragraph "54" of the Complaint.

55.     Deny the allegations set forth in Paragraph "55" of the Complaint.

56.     Deny the allegations set forth in Paragraph "56" of the Complaint.

57.   Deny the allegations set forth in Paragraph "57" of the Complaint.

58.   Neither admit nor deny the allegations set forth in Paragraph "58" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

59.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "59" of the Complaint.

60.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "60" of the Complaint.

61.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "61" of the Complaint.

62.   Neither admit nor deny the allegations set forth in Paragraph "62" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

63.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "63" of the Complaint.

64.   Neither admit nor deny the allegations set forth in Paragraph "64" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

65.   Neither admit nor deny the allegations set forth in Paragraph "65" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

66.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "66" of the Complaint.

67.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "67" of the Complaint.

68.     Neither admit nor deny the allegations set forth in Paragraph "68" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

69.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "69" of the Complaint.

70.     Deny the allegations set forth in Paragraph "70" of the Complaint.

71.     Deny the allegations set forth in Paragraph "71" of the Complaint.

72.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "72" of the Complaint.

73.     Deny the allegations set forth in Paragraph "73" of the Complaint.

74.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "74" of the Complaint.

75.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "75" of the Complaint.

76.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "76" of the Complaint.

77.     Deny the allegations set forth in Paragraph "77" of the Complaint.

78.     Deny the allegations set forth in Paragraph "78" of the Complaint.

79.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "79" of the Complaint.

80.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "80" of the Complaint.

81.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "81" of the Complaint.

82.     Deny the allegations set forth in Paragraph "82" of the Complaint.

83.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "83" of the Complaint.

84.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "84" of the Complaint.

85.     Deny the allegations set forth in Paragraph "85" of the Complaint.

86.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "86" of the Complaint.

87.     Deny the allegations set forth in Paragraph "87" of the Complaint.

88.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "88" of the Complaint.

89.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "89" of the Complaint.

90.     Deny the allegations set forth in Paragraph "90" of the Complaint.

91.     Deny the allegations set forth in Paragraph "91" of the Complaint.

92.     Deny the allegations set forth in Paragraph "92" of the Complaint.

93.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "93" of the Complaint.

94.     Deny the allegations set forth in Paragraph "94" of the Complaint.

95.     Deny the allegations set forth in Paragraph "95" of the Complaint.

96.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "96" of the Complaint.

97.    Deny the allegations set forth in Paragraph "97" of the Complaint.

98.    Deny the allegations set forth in Paragraph "98" of the Complaint.

99.    Deny the allegations set forth in Paragraph "99" of the Complaint.

100.   Deny the allegations set forth in Paragraph "100" of the Complaint.

101.   Neither admit nor deny the allegations set forth in Paragraph "101" of the Complaint and respectfully refer the Court to the documents referenced therein for the contents and wording therein.

102.   Deny the allegations set forth in Paragraph "102" of the Complaint.

103.   Deny the allegations set forth in Paragraph "103" of the Complaint.

104.   Deny the allegations set forth in Paragraph "104" of the Complaint.

105.   Deny the allegations set forth in Paragraph "105" of the Complaint.

106.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "106" of the Complaint.

107.   Deny the allegations set forth in Paragraph "107" of the Complaint.

108.   Deny the allegations set forth in Paragraph "108" of the Complaint.

109.   Deny the allegations set forth in Paragraph "109" of the Complaint.

110.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "110" of the Complaint.

111.   Deny the allegations set forth in Paragraph "111" of the Complaint.

112.   Deny the allegations set forth in Paragraph "112" of the Complaint.

## AS TO THE HARM TO THE CLASS AND SUBCLASS

113.   Deny the allegations set forth in Paragraph "113" of the Complaint.

114.   Deny the allegations set forth in Paragraph "114" of the Complaint.

115.   Deny the allegations set forth in Paragraph "115" of the Complaint.

116.    Deny the allegations set forth in Paragraph "116" of the Complaint.

117.    Deny the allegations set forth in Paragraph "117" of the Complaint.

118.    Deny the allegations set forth in Paragraph "118" of the Complaint.

## AS TO THE CLASS ALLEGATIONS

119.    Deny the allegations set forth in Paragraph "119" of the Complaint.

120.    Deny the allegations set forth in Paragraph "120" of the Complaint.

121.    Neither admit nor deny the allegations set forth in Paragraph "121" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

122.    Deny the allegations set forth in Paragraph "122" of the Complaint.

123.    Deny the allegations set forth in Paragraph "123" of the Complaint.

124.    Deny the allegations set forth in Paragraph "124" of the Complaint.

125.    Deny the allegations set forth in Paragraph "125" of the Complaint.

126.    Deny the allegations set forth in Paragraph "126" of the Complaint.

127.    Deny the allegations set forth in Paragraph "127" of the Complaint.

128.    Deny the allegations set forth in Paragraph "128" of the Complaint.

## AS TO COUNT #1

129.    In response to Paragraph "129" of the Complaint, the Mel Harris Defendants restate, reassert and incorporate by reference all responses in Paragraphs "1" to "128."

130.    Neither admit nor deny the allegations set forth in Paragraph "130" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

131.     Neither admit nor deny the allegations set forth in Paragraph "131" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

132.     Neither admit nor deny the allegations set forth in Paragraph "132" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

133.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "133" of the Complaint.

134.     Deny the allegations set forth in Paragraph "136" of the Complaint.

135.     Deny the allegations set forth in Paragraph "135" of the Complaint.

136.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "136" of the Complaint.

137.     Deny the allegations set forth in Paragraph "137" of the Complaint.

138.     Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "138" of the Complaint.

139.     Deny the allegations set forth in Paragraph "139" of the Complaint.

140.     Deny the allegations set forth in Paragraph "140" of the Complaint.

## AS TO COUNT #2

141.     In response to Paragraph "141" of the Complaint, the Mel Harris Defendants restate, reassert and incorporate by reference all responses in Paragraphs "1" to "140."

142.     Neither admit nor deny the allegations set forth in Paragraph "142" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

143. Neither admit nor deny the allegations set forth in Paragraph "143" of the Complaint, which set forth conclusions of law, and respectfully refer all questions of law to the Court.

144. Deny the allegations set forth in Paragraph "144" of the Complaint.

145. Deny the allegations set forth in Paragraph "145" of the Complaint.

146. Deny the allegations set forth in Paragraph "146" of the Complaint.

147. Deny the allegations set forth in Paragraph "147" of the Complaint.

148. Deny the allegations set forth in Paragraph "148" of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

149. The Complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

150. Plaintiff has suffered no actual damages.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

151. Assuming, *arguendo*, that the Resurgent Defendants violated a statute alleged in the Complaint, which presupposition the Resurgent Defendants deny, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

152. Any damages sustained by Plaintiff were a result of the acts or omissions of third persons or entities over whom the Resurgent Defendants exercised no control.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

153. The claims in the Complaint are barred, in whole or in part, by the applicable statute(s) of limitations.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

154.    Any alleged false statements made by the Resurgent Defendants (such falsity being expressly denied) were, nonetheless, not material and, as such, not actionable.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

155.    Plaintiff lacks standing to maintain this action.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

156.    The claims for relief alleged in the Complaint are barred, in whole or in part, by the *Rooker-Feldman* and/or abstention doctrines.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

157.    This action, in whole or in part, may not be maintained as a class action pursuant to Fed. R. Civ. P. 23.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

158.    The Resurgent Defendants are not vicariously liable for any alleged violation of the FDCPA.

**DEFENSES RESERVED**

159.    The foregoing affirmative defenses are raised by the Resurgent Defendants without waiver of any other defenses that may develop during the course of discovery and the Resurgent Defendants reserve their right to amend and/or supplement their Answer to assert such additional defenses as they become available.

13

WHEREFORE, the Resurgent Defendants demand judgment dismissing the Complaint and each and every cause of action alleged therein and for such other, further and different relief as to this Court may seem just and proper, including costs and attorney's fees.

Dated:  Woodbury, New York
       August 7, 2013

                              Very truly yours,
                              KAUFMAN DOLOWICH VOLUCK & GONZO LLP


                              By: _____
                                   Brett A. Scher
                                   Yale Pollack
                              Attorneys for Defendants
                              RESURGENT CAPITAL SERVICES, LP,
                              LVNV FUNDING, LLC, ALEGIS GROUP, LLC   and
                              RESURGENT CAPITAL SERVICES, LLC
                              135 Crossways Park Drive, Suite 201
                              Woodbury, NY 11797
                              (516) 681-1100

ND: 4824-4734-3125, v. 1