**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Brett A. Scher
Email: bscher@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

June 2, 2016

**VIA ECF**
Hon. Frederic Block
United States District Court - EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Fritz v. Resurgent Capital Services, LP, et. al.
            Case No.: 11-CV-3300 (FB) (VVP)

Dear Judge Block:

    This firm represents the Mel Harris Defendants in the above-referenced matter. We write with the consent of all parties to request a two-week extension of the class settlement approval schedule set forth in Your Honor's June 1, 2016 Order. In particular, we are requesting a two week extension for the mailing of the class notice forms from June 15th to June 30th. The reason for the request is that the claims administrator, First Class, Inc., advised me today that it cannot meet the June 15th deadline set forth by the Court in yesterday's order. As there are approximately 56,000 claim notices to be processed and mailed, First Class indicated that they will need more than thirteen days to complete the task.

    As noted above, all counsel are amenable to this two week extension. The extension will also necessitate pushing back the deadline for any opt-outs and/or objections. As such we propose, moving the postmark deadline for any objections/opt-outs from August 1, 2016 to August 10, 2016.

    This requested extension will NOT impact the date of the Fairness Hearing which is set for September 9, 2016 at 11:00 a.m.

    Thank you for your time and consideration.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

By: _____
Brett A. Scher

cc:    All counsel (via ECF)

4838-7768-0690, v. 1