UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GISELLE FRITZ f/k/a GISELLE CARTER,
EVAN DAVIS,
JASON SPIEGEL-GROTE,
On behalf of themselves
and all others similarly situated,

Case No. 11-CV-3300 (FB) (VVP)

**NOTICE OF APPEARANCE**

        Plaintiffs,

   -against-

RESURGENT CAPITAL SERVICES, LP,
LVNV FUNDING, LLC, ALEGIS GROUP, LLC,
MEL S. HARRIS AND ASSOCIATES, LLC,
DAVID WALDMAN, and
RESURGENT CAPITAL SERVICES, LLC,

        Defendants.
---------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Adam M. Marshall, an attorney duly admitted to practice law before this Court, hereby enters his appearance as counsel for Defendants MEL S. HARRIS AND ASSOCIATES, LLC and DAVID WALDMAN in the above-captioned action.  Please forward copies of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
   September 8, 2016

        **KAUFMAN DOLOWICH & VOLUCK LLP**

     By: /s/ Adam M. Marshall
       Adam M. Marshall, Esq.
       135 Crossways Park Drive, Suite 201
       Woodbury, New York 11797
       (516) 681-1100
       amarshall@kdvlaw.com

To: All counsel via ECF

4848-8628-6392, v. 1